IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-05-643 |
| | § | C.A. No. C-08-77 |
| MIGUEL RUIZ, JR., | § | |
| | § | |
| Defendant/Movant. | § | |

**ORDER FOR RESPONDENT TO ANSWER
AND ORDER ALLOWING MOVANT TO REPLY**

On March 4, 2008, the Clerk received two motions to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 from Movant Miguel Ruiz, Jr. ("Ruiz"), each asserting different claims. (D.E. 116, 117.) They were accompanied by a letter explaining that Ruiz did not know how to complete the forms, but that he hoped he completed them properly. (D.E. 118.) The Court combines the two filings for purposes of these proceedings and construes them as a single § 2255 motion raising all of the claims set forth in both documents.

It is now ORDERED that the United States answer the § 2255 motion not later than sixty days after the entry of this Order. It is further ORDERED that the United States provide, at the time of its answer, transcripts of all pertinent proceedings that are not already part of the record. Relevant affidavits, if any, are also to be filed with the answer.

Pursuant to Rule 5(d) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS (2007), Ruiz may file a reply not later than thirty days after service of the government's answer.

ORDERED this 14th day of March, 2008.

                                                  Janis Graham Jack
                                                  United States District Judge