**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff-Respondent, § | |
| § | |
| v. § | Cr. No. C-05-643 (2) |
| § | C.A. No. C-08-77 |
| MIGUEL RUIZ, JR., § | |
| Defendant-Movant. § | |

## ORDER GRANTING MOTION

Pending before the Court is Defendant Miguel Ruiz, Jr.'s ("Ruiz") motion requesting a copy of the 28 U.S.C. § 2255 motion he previously filed. (D.E. 132.) In his motion, he explains that he filed the § 2255 motion while incarcerated at an institution in Colorado. Subsequently, he was transferred to an institution in Florida. He was not permitted to take his personal properly, including his "legal records" and § 2255 motion, and those documents allegedly were lost when his personal property was shipped to him in Florida. (D.E. 132 at 1.)

Although it is unusual for the Court to provide a copy of a document to the party who filed it, assuming Ruiz's allegations regarding his paperwork to be true, the Court finds that Ruiz is entitled to a copy of his § 2255 motion. Accordingly, the Clerk is directed to provide a copy of Ruiz's § 2255 motion to him (D.E. 116 & 117).

It is so ORDERED this 22nd day of August, 2008.

_____
Janis Graham Jack
United States District Judge

1